CHAMBERS COPY

*[Note: Changes made by the Court (watermark across page)]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REHAN NAZIR,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES [an entity of unknown form]; COUNTY OF LOS ANGELES DISTRICT ATTORNEY'S OFFICE [an entity of unknown form]; LAWRENCE E. MASON, in his capacity as Senior Special Assistant for the COUNTY OF LOS ANGELES DISTRICT ATTORNEY'S OFFICE; CITY OF TORRANCE, a municipal corporation; JOHN J. NEU, individually and as Chief of Police of the City of Torrance Police Department; DOES 1 THROUGH 10,<br><br>Defendants. | Case No. CV 10-6546 SVW (AGRx)<br><br>Assigned to Hon. Stephen V. Wilson<br>Courtroom: 6<br>Complaint Filed: September 1, 2010<br><br>[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF DOCUMENTS |

Having considered the parties' Stipulation Re: Protective Order for Production of Documents ("Stipulation"), and good cause appearing, the Court orders as follows:

1. That all documents produced by Defendants in discovery, including but not limited to, documents produced and/or identified in Defendants' initial

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

457591.1 TO020-062

[PROPOSED] PROTECTIVE ORDER RE PRODUCTION OF DOCUMENTS

1  disclosures, supplemental disclosures, and responses to Plaintiff Rehan Nazir's
2  written discovery requests that contain a third party's (including peace officers)
3  private, confidential information, including but not limited to, third parties' names,
4  phone numbers, addresses, social security numbers, arrest information, discipline,
5  wages and similar information, some of which may be protected by California
6  Penal Code sections 832.5 and 832.7, and California Evidence Code section, 1040
7  et seq., shall be kept strictly confidential and may only be examined by the
8  attorneys for the parties, their agents, employees, consultants, witnesses, court
9  reporters, deponents, the parties themselves, and/or the Court, and only in
10 connection with this subject litigation, and shall not be published to any third
11 parties or used in connection with any other litigation.

12     2. That in the event that any party uses such documents at trial or for pre-
13 trial motion, or any other motion or filing, the parties may file protected documents
14 so long as ~~all~~ protected information of third parties is redacted as set forth in Local Rule 79-5.4. Any party may seek
15 ~~a protective order~~ to ~~place such~~ file documents under seal ~~or have them stricken based~~ with prior approval of the court by filing an application pursuant to Local Rule 79-5.
16 ~~on failure to redact protected information.~~

17     3. After the conclusion of this litigation, the parties will return all
18 documents subject to this Stipulation within 45 calendar days without awaiting any
19 party's request.

20
21
22 IT IS SO ORDERED.
23
24 Dated: Nov. 29, 2010         *Alicia G. Rosenberg*
25                                         Honorable Alicia G. Rosenberg
26                                         Judge of the United States District Court
27
28