PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
DENNIS M. GONZALES, State Bar No. 59414
dgonzales@lbaclaw.com
NATHAN A. OYSTER, State Bar No. 225307
noyster@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, County of Los Angeles District Attorney's Office, and Senior Special Assistant Lawrence E. Mason

FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6  ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REHAN NAZIR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF LOS ANGELES [an entity of unknown form]; COUNTY OF LOS ANGELES DISTRICT ATTORNEY'S OFFICE [an entity of unknown form]; LAWRENCE E. MASON, in his capacity as Senior Special Assistant for the COUNTY OF LOS ANGELES DISTRICT ATTORNEY'S OFFICE; CITY OF TORRANCE, a municipal corporation; JOHN J. NEU, individually and as Chief of Police of the City of Torrance Police Department; DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No. CV 10-06546 SVW (AGRx)<br><br>Honorable Stephen V. Wilson<br><br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES DISTRICT ATTORNEY'S OFFICE, AND SENIOR SPECIAL ASSISTANT LAWRENCE E. MASON |

　　　The Court having entered an Order granting the Motion to Dismiss Plaintiff's Second Amended Complaint by Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES DISTRICT ATTORNEY'S

1

1  OFFICE, and LAWRENCE MASON, and dismissing with prejudice all federal
2  claims brought by Plaintiff REHAN NAZIR against Defendants COUNTY OF
3  LOS ANGELES, COUNTY OF LOS ANGELES DISTRICT ATTORNEY'S
4  OFFICE, and LAWRENCE MASON:
5      IT IS ORDERED AND ADJUDGED, pursuant to Rule 54(b) of the
6  Federal Rules of Civil Procedure, that there is no just reason for delay in entering
7  full and final judgment in favor of Defendants COUNTY OF LOS ANGELES,
8  COUNTY OF LOS ANGELES DISTRICT ATTORNEY'S OFFICE, and
9  LAWRENCE MASON and against Plaintiff REHAN NAZIR.
10     Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that
11 judgment shall be entered in favor of Defendants COUNTY OF LOS ANGELES,
12 COUNTY OF LOS ANGELES DISTRICT ATTORNEY'S OFFICE, and
13 LAWRENCE MASON, and against Plaintiff REHAN NAZIR. Defendants
14 COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES DISTRICT
15 ATTORNEY'S OFFICE, and LAWRENCE MASON shall be entitled to costs of
16 suit incurred herein pursuant to Local Rule 54-1.

22 Dated: 3/7/11

HONORABLE STEPHEN V. WILSON
United States District Judge